# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**THOMAS UNGER**                                                                      **PLAINTIFF**

**V.**                                              **NO. 4:22-CV-76-DMB-DAS**

**W.C.R.C.F.; SHERIFF MELTON M. GASTON; and LT. DAVIS**                                    **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order issued this day, this case is **DISMISSED without prejudice** for failure to prosecute and failure to obey a Court order.

**SO ORDERED**, this 26th day of July, 2022.

                                       /s/Debra M. Brown
                                       **UNITED STATES DISTRICT JUDGE**